**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| U.S. BANK N.A., IN ITS CAPACITY AS TRUSTEE FOR CSFB ABS TRUST SERIES 2001-HE30 TRUST, CSFB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2001-HE30, | § § § § § | |
| | § | |
| Plaintiff, | § § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-1259 |
| | § | |
| CALEB L. ROBERTS, III, DEVONA N. ROBERTS, and THE UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, | § § § § § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION TO ENTER DEFAULT AND CONTINUING
DEADLINES AND SETTING FOR INITIAL PRETRIAL CONFERENCE**

The plaintiff, U.S. Bank N.A., in its capacity as Trustee for CSFB ABS Trust Series 2001-HE30 Trust, CSFB Mortgage Pass-Through Certificates, Series 2001-HE30, filed a request for entry of default, against Caleb L. Roberts III and Devona N. Roberts.  (Docket Entry No. 9).  The record shows that these defendants have failed to plead or otherwise defend, and that entry of default is proper under Rule 53(a) of the Federal Rules of Civil Procedure.

No later than September 18, 2015, the plaintiff must file a motion for judgment by default, providing proof of notice to the individual defendants, submit affidavits with documents showing the damages, including computation and explanation of any prejudgment interest, and submit affidavit evidence of attorney's fees sought, include an explanation of the reasonable hours and fees to the legal services necessary to prosecute the claims against these defendants.

The motion for continuance is granted. The joint discovery case management report is due no later than October 9, 2015.  The initial pretrial conference is reset to **October 19, 2015, at 11:00 a.m. in Courtroom 11B**.

SIGNED on August 20, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge